JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney (CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney (CO State Bar 030929)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY WATER AGENCY, *et al,*.)<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*<br>Defendants. | CASE NO. 1:09-CV-1520-OWW-SMS<br>**STIPULATION AND ORDER TO ADD CASE TO MOTION TO CONSOLIDATE**<br>(Deferred) Hearing: September 10, 2009<br>Time: 8:15 A.M.<br>Ctrm: 3<br>Judge: Hon. Oliver W. Wanger |

On August 28, 2009, the above-captioned action was filed, challenging the NMFS 2009 biological opinion, the same agency action at issue in Stockton East Water District v. NOAA, No. 1:09-CV-1090-OWW-DLB, San Luis & Delta-Mendota Water Authority, *et al.* v. Locke *et al.* ("San Luis"), No. 1:09-CV-1053-OWW-DLB, State Water Contractors v. Locke, No. 1:09-CV-1378-OWW-SMS, and Oakdale Irrigation District, *et al.* v. U.S. Dep't of Commerce, *et al.*,

No 2:09-CV-2452-JAM-KJM.

On July 29, 2009, the Federal Defendants moved to consolidate the Stockton East and San Luis cases. See 1:09-CV-1053, Docket No. 26; 1:09-CV-1090, Docket No. 11. On August 6, the State Water Contractors case was filed. On August 20, 2009, the parties in all three cases stipulated to add the State Water Contractors case to the pending motion to consolidate and advance the scheduling conference to September 10, with the Stockton East and San Luis cases. See 1:09-CV-1378, Docket No. 13. This stipulation was approved on August 28, 2009. Id. at Docket No. 19.

At the August 31, 2009 hearing on the motion to consolidate, the Court deferred ruling on the motion until scheduling issues were clarified through the joint scheduling report and the September 10, 2009 scheduling conference. In light of the deferral, the Federal Defendants requested that the newly-filed Kern County Water Agency case be added to the motion to consolidate. Counsel for the plaintiffs in the Kern County Water Agency case was present in the courtroom and agreed to the request.

Like the other four cases, the Federal Defendants assert that the above-captioned case meets the consolidation factors outlined in the pending motion, as all cases involve the same parties, are based on the same or similar claims, involve the same transaction or event and involve similar questions of fact and law such that their assignment to the same Judge is likely to effect a substantial savings of judicial effort. As with consolidation of the cases named in our Motion, the Plaintiffs in all five cases "agree that some consolidation of the matters is desirable." See San Luis, Docket No. 29 at 1. In this regard, it is the above-captioned Plaintiffs' position that they should be permitted to independently pursue all of their individual claims. With respect to any overlapping claims, the above-captioned Plaintiffs agree to coordinate regarding the filing of any motions.

Accordingly, the parties in all five matters hereby stipulate that the above-captioned case be added to Federal Defendants' Motion to Consolidate, originally set for hearing on August 31,

2009, but now deferred to the September 10 scheduling conference. The parties also stipulate that the case management conference in the above-captioned case be advanced to the date and time set for the case management conferences in the San Luis, Stockton East, and State Water Contractors cases (September 10, 2009, 8:15 A.M.).

**IT IS SO ORDERED.**

Dated: 9/8/2009

/s/ OLIVER W. WANGER
The Hon. Oliver W. Wanger

Respectfully submitted this 3rd day of September, 2009.

*/s/Eileen Diepenbrock* (per auth. to Bridget McNeil)
EILEEN M. DIEPENBROCK, State Bar No. 119254
JON D. RUBIN, State Bar No. 196944
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK HARRISON, A Professional Corporation
400 Capital Mall, Suite 1800
Sacramento, CA 95714

DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814

Attorneys for San Luis & Delta-Mendota Water Authority and Westlands Water District

JEANNE M. ZOLEZZI - SBN: 121282
jzolezzi@herumcrabtree.com
KARNA E. HARRIGFELD - SBN: 162824
kharrigfeld@herumcrabtree.com

*/s/ Jennifer Spaletta* (per auth. to Bridget McNeil)
JENNIFER L. SPALETTA - SBN: 200032
jspaletta@herumcrabtree.com
ALEXIS GALBRAITH - SBN: 260756
agalbraith@herumcrabtree.com
**HERUM\CRABTREE**
*A California Professional Corporation*

2291 West March Lane, Suite B100
Stockton, CA 95207
Tel: (209) 472-7700

Attorneys for Stockton East Water District

*/s/ Greg Wilkinson* (per auth. to Bridget McNeil)

GREGORY K. WILKINSON, Bar No. 054809
STEVE M. ANDERSON, Bar No. 186700
JILL N. WILLIS, Bar. No. 200121
KIRA L. JOHNSON, Bar No. 259382
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA 92502
Tel: (951) 686-1450/Fax: (951) 686-3083
Gregory.Wilkinson@BBKlaw.com

Attorneys for State Water Contractors

NOSSAMAN LLP
ROBERT D. THORNTON (SBN 072934)
rthornton@nossaman.com

*/s/ Paul S. Weiland* (per auth. to Bridget McNeil)

PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
AUDREY M. HUANG (SBN 217622)
ahuang@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

KERN COUNTY WATER AGENCY
AMELIA T. MINABERRIGARAI (SBN 192359)
P.O. Box 58
Bakersfield, CA 93302-0058
Telephone: (661) 634-1400
Facsimile: (661) 634-1428

Attorneys for Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency

*/s/ Bill Paris* (per auth. to Bridget McNeil)

William C. Paris III (SBN 168712)
Tim O'Laughlin (SBN 116807)

Kenneth Petruzzelli (SBN 227192)
Katie J. Shea (SBN 261638)
O'LAUGHLIN & PARIS LLP
117 Meyers Street, Suite 110
Post Office Box 9259
Chico, California 95927-9259
Telephone: 530.899.9755
Facsimile: 530.899.1367

Attorneys for Oakdale Irrigation District and South San Joaquin Irrigation District

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief

*/s/ Bridget Kennedy McNeil*

BRIDGET KENNEDY McNEIL, Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

*/s/ Mike Sherwood* (per auth. to Bridget McNeil)

MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

*/s/ Kate Poole* (per auth. to Bridget McNeil)
KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

**CERTIFICATE OF SERVICE**

______I hereby certify that on the 3rd day of September, 2009, I filed a true and correct copy of the foregoing Stipulation to Add Case to Federal Defendants' Motion to Consolidate with the Court' CM/ECF system, which will generate a Notice of Filing on the following:

**Amelia Minaberrigarai** ameliam@kcwa.com

**Audrey M. Huang** ahuang@nossaman.com

**Paul S. Weiland** pweiland@nossaman.com

*/s/ Bridget Kennedy McNeil*