MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KERN COUNTY WATER AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. <br><br> U.S. BUREAU OF RECLAMATION, *et al.*, <br><br> Real Parties In Interest. <br><br> PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Defendant-Intervenors. | Case No.:  1:09-CV-1520-OWW-SMS <br><br> ORDER ALLOWING INTERVENTION |

**ORDER**

On August 31, 2009, Counsel for Plaintiffs Kern County Water Agency and Coalition for a Sustainable Delta stipulated to the intervention of Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe ("Proposed Intervenors") as defendants in this matter.  Accordingly, Proposed Intervenors shall be allowed to intervene for all purposes in this litigation as of right pursuant to Fed. R. Civ. P. 24(a). However, Proposed Intervenors will not be permitted to add cross claims or counter claims against the existing complaint.

DATED: September 21, 2009         /s/ OLIVER W. WANGER
                                  HON. OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE